UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYMASH, LLC *and* JOSEPH SPEISER,

               Plaintiffs,

      *– against –*

ROCKYOU, INC.,

               Defendant.

**ORDER**

19 Civ. 926 (ER)

RAMOS, D.J.:

      On February 21, 2019, this Court stayed this matter during the pendency of RockYou's bankruptcy proceedings in the U.S. Bankruptcy Court for the Southern District of New York. Since then, no action has occured in this case. Accordingly, the parties are directed to submit a joint status report by November 1, 2020.

It is SO ORDERED.

Dated:    October 2, 2020
            New York, New York

                                         EDGARDO RAMOS, U.S.D.J.